IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00323 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| **DINA SALTER-SMITH** | : | PLAINTIFF |
| v. | : | |
| **WYETH, INC., et. al.** | : | DEFENDANTS |

**ORDER**

Pending is Plaintiff's lawyer's Motion to Withdraw as Counsel for Plaintiff (Doc. No. 9).

On February 7, 2006, this Court entered a PPO 3 Show Cause Order. The Order reads:

based on PPO 3, if Plaintiff does not serve a Fact Sheet, including all requested authorizations, within twenty-one (21) days of this Order, or show good cause why she cannot do so, this Court may grant relief as deemed appropriate by the Court, including the possible dismissal of the action with prejudice. Plaintiffs' counsel, who has not served a Fact Sheet, including all authorizations, must provide a copy of this Order to Plaintiff within ten (10) days of this Order and advise Plaintiff that sanctions may be imposed by the Court.[1]

To date, Plaintiff has neither responded to her counsel's requests, submitted a Fact Sheet, nor shown cause why a Fact Sheet has not been submitted.

Accordingly, this CASE is DISMISSED without prejudice under PPO 3 and Federal Rule of Civil Procedure 41(b) for failure to prosecute. Plaintiff's lawyer's Motion to Withdraw as Counsel is GRANTED.

IT IS SO ORDERED this 7th day of March, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 5.